# UNITED STATES DISTRICT COURT
## District of Minnesota

Audberto Jimenez Perez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-488 JMB/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody in Minnesota immediately, and in any event no later than 4:00 p.m. CT on January 27, 2026.

2. On or before 11:00 a.m. CT on January 28, 2026, counsel for Respondents shall file a letter affirming that Petitioner was returned to Minnesota and released from custody in accordance with this Order.

3. Petitioner may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 20 U.S.C. § 2412(d).

4. To the extent Petitioner seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/23/2026

KATE M. FOGARTY, CLERK